therein, except as modified. Accordingly, the original opinion as modified is refiled, and the judgment of the superior court is reversed.

*Judgment reversed.*

SCANLAN, J., concurs.

SULLIVAN, J., took no part in the reconsideration of the case on rehearing.

David Bass and Yetta Bass, Appellants, v. Chicago, Duluth and Georgian Bay Transit Company, Appellee.

Gen. No. 44,455.

Goldman, Allshouse & Healy, for appellants; Robert G. Dreffein and Melvin L. Goldman, of counsel; Branand & Whitney, for appellee; Robert Branand, Jr., of counsel.

Opinion by PRESIDING JUSTICE FRIEND. Not to be published in full. Opinion filed December 6, 1949; released for publication December 29, 1949.